# NRDC

January 27, 2021

<u>By ECF</u>

Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

      Re:    *Nat'l Audubon Soc'y v. U.S. Fish & Wildlife Serv.*, 21-cv-448-PGG

Dear Judge Gardephe:

    I represent Plaintiffs Natural Resources Defense Council and National Wildlife Federation in the above-captioned case.

    Pursuant to this Court's Notice of Pretrial Conference and related Order, ECF No. 15, I hereby certify on behalf of all Plaintiffs that I immediately notified counsel for Defendants U.S. Fish and Wildlife Service and U.S. Department of the Interior (Assistant U.S. Attorney Tomoko Onozawa) by serving upon her copies of the Notice and the Court's Individual Rules of Practice for Civil Cases, via email, on January 25, 2021. Ms. Onozawa confirmed that she will be representing Defendants in this case and that service upon her would suffice.

                Respectfully submitted,

                <u>/s/ Ian Fein</u>
                Ian Fein (pro hac vice applicant)
                Natural Resources Defense Council
                111 Sutter Street, 21st Floor
                San Francisco, CA 94104
                415-875-6147
                ifein@nrdc.org

                *Counsel for Plaintiffs Natural Resources Defense*
                *Council and National Wildlife Federation*

cc: Tomoko Onozawa, via email
    ECF service list