```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/9/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
NATIONAL AUDUBON SOCIETY et al.,           :
                                           :
                            Plaintiffs,    :
                                           :
       -against-                           :       21-CV-448 (VEC)
                                           :
U.S. FISH AND WILDLIFE SERVICE, and U.S.   :       ORDER
DEPARTMENT OF THE INTERIOR,                :
                                           :
                            Defendants.    :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 9, 2021, the parties appeared before the Court for an Initial Pretrial Conference;

IT IS HEREBY ORDERED that not later than **May 14, 2021**, the parties must submit a joint letter proposing a schedule for the production of the administrative record and briefing on any anticipated motions for summary judgment. Defendants are on notice that the Court is highly unlikely to entertain additional requests to delay this case due to the pendency of a new regulation.

IT IS FURTHER ORDERED that Defendants' time to respond to the complaints in these consolidated cases is extended to **May 21, 2021**.

**SO ORDERED.**

Date:   April 9, 2021
        New York, New York

_____
**VALERIE CAPRONI
United States District Judge**