STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

June 10, 2021

<u>By ECF</u>

Honorable Valerie E. Caproni
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re: *Nat'l Audubon Soc'y v. U.S. Fish & Wildlife Serv.*, 21-CV-0448 (VEC), and *State of New York v. U.S. Dep't of the Interior*, 21-CV-0452 (VEC)

Dear Judge Caproni:

  Pursuant to the Court's May 18, 2021 Order, *see* ECF No. 50, the parties propose the following page limits for memoranda of law in their anticipated motions and cross-motions for summary judgment:

- Plaintiffs' opening briefs: 15 pages each for the Audubon Plaintiffs and States

- Defendants' opposition and cross-motion: 30 pages

- Plaintiffs' reply and opposition to cross-motion: 15 pages each for the Audubon Plaintiffs and States

- Defendants' reply in support of cross-motion: 30 pages

  We thank the Court for its consideration of this proposal.

                Respectfully submitted,

AUDREY STRAUSS         LETITIA JAMES
United States Attorney for the     Attorney General of the State of New
Southern District of New York      York

By: <u>/s/ Tomoko Onozawa</u>      By: <u>/s/ Matthew Eisenson</u>
   Tomoko Onozawa          Matthew Eisenson

|  |  |
|---|---|
| Assistant United States Attorney<br>212-637-2721<br>tomoko.onozawa@usdoj.gov | Assistant Attorney General<br>212-416-8446<br>matthew.eisenson@ag.ny.gov |
| *Counsel for Defendants* | *On behalf of the States* |

                                                        /s/ Ian Fein
                                                    Ian Fein (admitted *pro hac vice*)
                                                    Natural Resources Defense Council
cc:    ECF service list                        415-875-6147
                                                    ifein@nrdc.org

                                                    *On behalf of Audubon Plaintiffs*