```
                                                        USDC SDNY
                                                        DOCUMENT
UNITED STATES DISTRICT COURT                            ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK                           DOC #:
-------------------------------------------------------------- X   DATE FILED: 12/10/21
NATIONAL AUDUBON SOCIETY; NATURAL              :
RESOURCES DEFENSE COUNCIL, INC.;               :
AMERICAN BIRD CONSERVANCY; CENTER              :
FOR BIOLOGICAL DIVERSITY; DEFENDERS            :       21-CV-448 (VEC)
OF WILDLIFE; NATIONAL WILDLIFE                 :
FEDERATION; AND SIERRA CLUB;                   :          ORDER
                                               :
                             Plaintiffs,       :
                                               :
              -against-                        :
                                               :
U.S. FISH AND WILDLIFE SERVICE; AND U.S.       :
DEPARTMENT OF THE INTERIOR;                    :
                                               :
                             Defendants.       :
-------------------------------------------------------------- X
-------------------------------------------------------------- X
STATE OF NEW YORK; STATE OF                    :
CALIFORNIA; STATE OF CONNECTICUT;              :
STATE OF ILLINOIS; STATE OF MARYLAND;          :
COMMONWEALTH OF MASSACHUSETTS;                 :       21-CV-452 (VEC)
STATE OF MINNESOTA; STATE OF NEW               :
JERSEY; STATE OF NEW MEXICO; STATE OF          :
OREGON; COMMONWEALTH OF                        :
PENNSYLVANIA; AND STATE OF                     :
WASHINGTON;                                    :
                                               :
                             Plaintiffs,       :
                                               :
              -against-                        :
                                               :
U.S. DEPARTMENT OF THE INTERIOR; AND           :
U.S. FISH AND WILDLIFE SERVICE;                :
                                               :
                             Defendants.       :
-------------------------------------------------------------- X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties requested that the Court enter an order dismissing these cases without prejudice;

IT IS HEREBY ORDERED that the above-captioned cases are DISMISSED without prejudice. The parties will bear their own costs and fees.

IT IS FURTHER ORDERED that the Clerk of Court is respectfully directed to terminate all open motions and close both cases.

**SO ORDERED.**

**Date: December 10, 2021**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**